ARGUED AND DETERMINED

IN THE

# SUPREME COURT OF ALABAMA.

CASES DETERMINED AT THE TERM OF THE FIRST MONDAY
IN JULY, 1827, AT TUSCALOOSA.

PRESENT AT THIS TERM,
CHIEF JUSTICE LIPSCOMB,
JUDGES SAFFOLD, CRENSHAW, GAYLE AND WHITE.

## BRAHAN v. JOHNSON.

The CHIEF JUSTICE delivered the opinion of the Court.

JOHNSON sued out a *scire facias* against Brahan and H. W. Prout, securities in a bond for a writ of error, which was served on both. Brahan plead seperately, and verdict and judgement were rendered against him alone. Prout failed to plead. Judgement by default should have been taken against him, and final judgement rendered against both. The judgement must be reversed.